1  LTL ATTORNEYS LLP
    Enoch H. Liang (SBN 212324)
2   enoch.liang@ ltlattorneys.com
    Timothy S. Fox (SBN 280918)
3   timothy.fox@ltlattorneys.com
    601 S. Figueroa Street, Suite 3900
4   Los Angeles, CA 90017
    Tel: (213) 612-8900
5   Fax: (213) 612-3773

6   Attorneys for Plaintiff
    NEWEGG INC.
7

8

9              UNITED STATES DISTRICT COURT

10            CENTRAL DISTRICT OF CALIFORNIA

11

| | |
|---|---|
| 12  NEWEGG INC., a Delaware<br>Corporation,<br>13<br><br>14              Plaintiff,<br><br>15        v.<br><br>16<br><br>17  EZRA SUTTON, P.A., a New Jersey<br>Professional Corporation, and EZRA<br>SUTTON, an individual,<br>18<br><br>19              Defendants. | Case No.: 2:15-cv-01395-TJH-JC<br><br>**JOINT STIPULATION TO<br>CONTINUE TRIAL DATE**<br><br>Current Trial Date:    Oct. 18, 2016<br>Proposed Trial Date:  Dec. 13, 2016 |

20

21

22

23

24

25

26

27

28

## JOINT STIPULATION

Plaintiff Newegg Inc. ("Newegg") and Defendants Ezra Sutton, P.A. and Ezra Sutton ("Defendants", collectively with Newegg, the "Parties"), by and through their counsel stipulate as follows:

WHEREAS on July 1, 2016 the Court on its own motion continued trial in this matter from July 12, 2016 to August 9, 2016 [Dkt. 54];

WHEREAS as certain witnesses for the Parties were not available to attend trial on August 9, 2016 the Parties filed a stipulation with the Court requesting trial be continued to September 20, 2016 [Dkt. 57];

WHEREAS the Court was not available on September 20, 2016 and instead continued trial to October 18, 2016 [Dkt. 58];

WHEREAS certain witnesses for the Parties are not available to attend trial on October 18, 2016;

WHEREAS the Parties have met and conferred with each other and their witnesses and the Parties and their witnesses are available for trial on December 13, 2016;

NOW THEREFORE, it is hereby stipulated by and among the Parties hereto, through their respective counsel of record, as follows:

1. The Parties request that trial in this matter be continued to December 13, 2016.

DATED:  August 26, 2016          LTL ATTORNEYS LLP

By  /s/  Enoch H. Liang
    Enoch H. Liang
    Timothy S. Fox

    Attorneys for Plaintiff
    Newegg Inc.

-1-

JOINT STIPULATION

1 | DATED:  August 26, 2016          EZRA SUTTON & ASSOCIATES, P.A.

2 |                                            By  /s/  Ezra Sutton
                                                   Ezra Sutton (*pro hac vice)*
3 |

4 |                                            KOHAN LAW FIRM
                                               K. Tom Kohan
5 |
                                               Attorneys for Defendants Ezra Sutton, P.A.
6 |                                            and Ezra Sutton

7 |

8 |

9 |

10 |

11 |

12 |

13 |

14 |

15 |

16 |

17 |

18 |

19 |

20 |

21 |

22 |

23 |

24 |

25 |

26 |

27 |

28 |

-2-

## <u>ATTESTATION OF CONCURRENCE IN FILING</u>

Pursuant to Local Rule 5-4.3.4(a)(2)(i), the filer hereby attests that concurrence in the filing of this document has been obtained from Ezra Sutton which shall serve in lieu of his signature on the document.


DATED:  August 26, 2016          LTL ATTORNEYS LLP

                                 By /s/ Enoch H. Liang
                                    Enoch H. Liang
                                    Timothy S. Fox

                                    Attorneys for Plaintiff
                                    Newegg Inc.

-3-