LTL ATTORNEYS LLP
Enoch H. Liang (SBN 212324)
enoch.liang@ltlattorneys.com
Timothy S. Fox (SBN 280918)
timothy.fox@ltlattorneys.com
601 S. Figueroa Street, Suite 3900
Los Angeles, CA 90017
Tel: (213) 612-8900
Fax: (213) 612-3773

Attorneys for Plaintiff
NEWEGG INC.

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| NEWEGG INC., a Delaware Corporation,<br><br>Plaintiff,<br><br>v.<br><br>EZRA SUTTON, P.A., a New Jersey Professional Corporation, and EZRA SUTTON, an individual,<br><br>Defendants. | Case No.: 2:15-cv-01395-TJH-JCx<br><br>**ORDER**<br><br>[61]<br><br><br>Current Trial Date: Oct. 18, 2016<br>Proposed Trial Date: Dec. 13, 2016 |

# ORDER

Having considered Plaintiff Newegg Inc.'s and Defendants Ezra Sutton, P.A. and Ezra Sutton's Joint Stipulation to Continue the Trial Date, with good cause found,

IT IS HEREBY ORDERED as follows:

1. Bench Trial in this matter is continued to December 13, 2016 at 10:00 a.m.

**IT IS SO ORDERED.**

DATED: September 8, 2016

_____
THE HONORABLE TERRY J. HATTER, JR.
UNITED STATES DISTRICT JUDGE